IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH ANDREW LEHMAN                                                      PETITIONER
REG. #11218-002

V.                                    NO.  2:05CV00274 JWC

LINDA SANDERS, Warden,                                                    RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered granting Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus.  Respondent is directed, within twenty days of this order: (a) to formulate a pre-release plan that will place Petitioner in conditions affording him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months, and (b) as part of the pre-release plan, to consider, in good faith, transferring Petitioner to a community corrections center for up to the last six months of his sentence in accordance with the factors set forth in 18 U.S.C. § 3621(b), as well as any other appropriate factors, but without reference to the Bureau of Prison's December 2002 and February 2005 policies.

IT IS SO ORDERED this 17th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE